United State Post Office
Case 1:20-cv-25284-JEM Document 1 Entered on FLSD Docket 12/29/2020 Page 1 of 3
Legal Mail Received
DEC 21 2020
Dade C.I.
FILED BY PG D.C.
DEC 29 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Yvon Monchr
Plaintiff
V.
add case NO.

F.A.A. Florida athletic award, sunpass.
defendant

I the above name, Yvon Monchr is a member at F.A.A. Florida athletic award, begin september 8, 1988 till today, I want United state post office to send my maximum money and monthly insurance payment to the Quality bank Location, United state of post office can send it to the United state post office bank account w/ my name on it Yvon Monchr, United state post office can take the process fee out the amount.

Look at city of miami beach senior high school yearbook, Look of the above name state of Florida, state Los angeles sacremental M.V.P. most valueble player, Look at year begin september 8, 1988. Till today.

Look of the above name Yvon Moncher city of miami beach sport particpate, Look at september 8, 1991, Look at Junior Varsity sport, Look at Wrestling, Look at september 8, 1992, Look at sport Look at cross country and varsity wrestling. Look at the above name Yvon Moncher 1992 City of miami beach Florida, state, capital Tallahassee Florida, state Los angeles, capital sacremental, Look at Pro-title, Look at M.V.P. most valueble player, Look at state, City, miami beach senior high school yearbook for evidence. I want United state post office to responded to the above name Yvon Moncher request, Look at High school transcrips if need

I the above name Yvon Moncher is a lawyer at the Florida bar., call for proof.

I the above name Yvon Moncher is married w/ spouce Septina Galette, at court location, 16300 biscayne boulevard, N. Miami, FL 33181,, look at court vow, look at madan Jean.

2-of-2

- Certificate of Service -

This is a true hand furnish correct copie to be mail to United state post office for delivry to all Duality recipient., Look at F.A.A. Florida athletic award., Look at sunpass, Look at Pro-M.V.P. Title, Look at if possible Los angeles sacremental capital, M.V.P. title, most valueble player., Look at sport Junior Varsity Wrestling, Varsity Cross-country, Varsity Wrestling., Look at amendment constitutional right Look at totaltorien, United state post office bank., Look at U.S. post office processing fee., Look at United state post office processing fee., please place the above name Yvon Moncher M.V.P. most valueble player at Miami beach senior high school gymnadium and runner up title look at Miami beach senior high school 1992 wrestling, cross-country yearbook., Look at 1992 4A, state of Florida meet, Look at prior missing title., please let the above name Yvon Moncher know where the proper place for the M.V.P. title., after the completion of the above request please write back. Look at etc. please place the monthly insurance payment in a debit credit card america express visa card w/ Pin No., please add my son Name isaiah bell Moncher to the insurance monthly payment if possible.

Yvon Moncher M19176 J22045
Florida dade correctional institution
19000 South West 377 street
Florida city, FL 33034

Look at well Looked graduated art practical art & fine art

Signature: _____
Print Name: Yvon Moncher
Initual: Y.M.

Monchy Willa Miamie J220445
Dade Correctional Institution
19000 South West 377 street
Florida city, FL 33034

Legal Mail Received
DEC 21 2020
Dade C.I.

USMS INSPECTED
RECEIVED
DEC 29 2020
1:48 PM

D United State Post Office
301 North Miami Avenue
Miami, FL 33128

